Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00397-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1. On March 8, 2021 BONY filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 9, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Agency's response to BONY's complaint is currently due on April 13, 2021, while Chicago Title's response is due on April 15, 2021;

4. Counsel for Defendants request a 32-day extension for Chicago Title (34 days for Chicago Agency) through and including Monday, May 17, 2021 for Defendants to file their respective responses to BONY's complaint to afford Defendants' counsel additional time to review and respond to BONY's complaint.

5. Counsel for BONY does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Monday, May 17, 2021.

Dated:  April 8, 2021               SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    CHICAGO TITLE INSURANCE COMPANY
    and CHICAGO TITLE OF NEVADA, INC.

Dated:  April 8, 2021               WRIGHT FINLAY & ZAK, LLP


By:  */s/-Darren T. Brenner*
    DARREN T. BRENNER
    Attorneys for Plaintiff
    THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

DATED this 9th day of April, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

